UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE SEALED MATTER | ) | Misc No. 1:CR-01-131-01 |
| | ) | |
| | ) | (Judge Rambo) |
| | ) | |
| | ) | (UNDER SEAL) |

**FILED HARRISBURG**
**JUL 07 2006**
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

**MOTION TO SEAL**

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Rule 6 of the Federal Rules of Criminal Procedure to file the documents accompanying this Motion under seal for the reasons set forth in the accompanying sealed declaration in support of the government's motion to seal.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

/s/Christy H. Fawcett
CHRISTY H. FAWCETT
PA35067
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717-221-4482 (Office)
717-221-4493 (Fax)
christy.fawcett@usdoj.gov

Dated: July 7, 2006