IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  1:CR-01-131-01** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **SYNEDO MICHAEL WILLIAMS** | : | |

**ORDER APPOINTING SUBSTITUTE COUNSEL
AND SCHEDULING PROCEEDING**

Upon consideration of the government's unopposed motion for appointment of new counsel, **IT IS HEREBY ORDERED THAT**:

1) Attorney John Pyfer is granted leave to withdraw as counsel for Defendant.

2) Attorney Robert J. Daniels, Jr., Killian & Gephart LLP, 218 Pine Street, PO Box 886, Harrisburg, PA 17108-0886, telephone number (717) 232-1851 ext. 225, is appointed to represent Defendant in the captioned action in place of Attorney Pyfer.

3) The Clerk of Court shall prepare the appropriate paperwork and forward it to Attorney Daniels as soon as possible.

4) Attorney Pyfer is requested to provide to Attorney Daniels his copy of the file in the captioned matter.

      5) Defendant shall appear before this court for an arraignment and plea proceeding on Wednesday, August 9, 2006, at 2:00 p.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.


                                  s/Sylvia H. Rambo
                                  SYLVIA H. RAMBO
                                  United States District Judge

Dated:  July 11, 2006.