IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

**United States of America**  CASE NUMBER: 1:01-CR-0131-01

vs.

**Synedo Michael Williams**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court  **\*Date and Time: August 9, 2006 @ 2:00 PM**
Courtroom #3
228 Walnut Street
8th Floor, Federal Building
Harrisburg, PA. 17101

Type of Proceeding: Arraignment/Guilty Plea

Date: July 12, 2006                                        /s/ Mark J. Armbruster
                                                           By: Mark J. Armbruster, Deputy Clerk

CC:  Judge Sylvia H. Rambo
     Robert Daniels, Jr.
     Christy Fawcett, AUSA
     U.S. Marshal
     Federal Probation
     Wendy Yinger, Rptr.

\*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.