```
               UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )   CRIMINAL NO.  1:CR-01-131-01
                            )
            v.              )   (Judge Rambo)
                            )
SYNEDO MICHAEL WILLIAMS     )   (ELECTRONICALLY FILED)
```

## UNOPPOSED MOTION TO EXTEND PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE DATE

**AND NOW,** comes the government through Christy H. Fawcett, Assistant U.S. Attorney, and files the within Unopposed Motion to Extend Pre-Sentence Report Disclosure Date:

1. The defendant pleaded guilty on August 9, 2006.

2. The pre-sentence investigation report is due to be disclosed to the parties on October 2, 2006.

3. Because the case involves numerous victims, complete information concerning victims and restitution cannot be acquired by the pre-sentence report disclosure date.

4. The government hopes that such information can be acquired within 60 days of October 2, 2006.

5. The government has communicated with Terrence McGowan, Esquire, who has indicated he does not oppose the government's motion.

**WHEREFORE,** the government requests the Court to enter an order extending the date for disclosure of the pre-sentence investigation report for 60 days.

                                             Respectfully submitted,

                                             THOMAS A. MARINO
                                             United States Attorney

                                             <u>s/Christy H. Fawcett</u>
                                             CHRISTY H. FAWCETT
                                             Assistant U.S. Attorney
                                             PA35067
                                             Christy.Fawcett@usdoj.gov

                                             228 Walnut Street, Suite 220
                                             P.O. Box 11754
                                             Harrisburg, PA 17108
                                             Phone: (717) 221-4482
                                             Fax: (717) 221-4493

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO.  1:CR-01-131-01 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| **SYNEDO MICHAEL WILLIAMS** | ) | (ELECTRONICALLY FILED) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 3rd day of October 2006, she served a copy of the attached

**UNOPPOSED MOTION TO EXTEND PRE-SENTENCE
INVESTIGATION REPORT DISCLOSURE DATE**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Terrence J. McGowan, Esquire
Killian & Gephart, LLP
218 Pine Street
P.O. Box 886
Harrisburg, PA 17108-0886

s/Christina L. Garber
CHRISTINA L. GARBER
Legal Assistant
