UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO.  1:CR-01-131-01 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| **SYNEDO MICHAEL WILLIAMS** | ) | (ELECTRONICALLY FILED) |

## ORDER

**AND NOW,** this 3rd day of October, 2006, upon consideration of the government's Unopposed Motion to Extend Pre-Sentence Report Disclosure Date and for the reasons stated therein, the Motion is hereby **GRANTED.**  The date for disclosure of the pre-sentence report is extended to December 4, 2006.

/s/ SYLVIA H. RAMBO
U.S. District Court Judge