# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 1:01-CR-131 |
| v. | : |
| | : |
| SYNEDO MICHAEL WILLIAMS | : (Judge Rambo) |
| | : Electronically Filed |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE OBJECTIONS TO PRE-SENTENCE REPORT

**AND NOW**, this 1st day of March, 2007, comes the above-captioned Defendant, Synedo Michael Williams, by and through his counsel, Robert J. Daniels, Esquire, and respectfully requests this Honorable Court grant an extension of time in the above-captioned matter, and in furtherance thereof avers the following:

1. Objections to the Pre-Sentence Report in the above-captioned matter are due by Monday, March 5, 2007.

2. The Defendant currently resides in Ontario, Canada.

3. As such, counsel and Defendant have not had the opportunity to review the Pre-Sentence Report.

4. The Pre-Sentence Report includes references to several dozen persons and involves a fairly sophisticated criminal scheme.

5. Accordingly, additional time is needed for investigation purposes.

6.      Counsel for Defendant spoke with Assistant U.S. Attorney Christy Fawcett, and Attorney Fawcett concurs with this request.

**WHEREFORE**, it is respectfully requested that a thirty (30) day extension of time be granted to respond to the Pre-Sentence Report in the above-captioned matter.

                                                Respectfully submitted,

                                                KILLIAN & GEPHART, LLP

Dated: March 1, 2007                            s/ Robert J. Daniels
                                                      Robert J. Daniels, Esquire
                                                        Attorney I.D. #83376
                                                       218 Pine Street
                                                       P. O. Box 886
                                                       Harrisburg, PA  17108-0886
                                                       (717) 232-1851

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 1:01-CR-131 |
| v. | : |
| | : |
| SYNEDO MICHAEL WILLIAMS | : (Judge Rambo) |
| | : Electronically Filed |

## CERTIFICATE OF CONCURRENCE

The undersigned has contacted Assistant U.S. Attorney Christy Fawcett, who has indicated that she concurs in this Motion For Extension Of Time.

Respectfully submitted,

KILLIAN & GEPHART, LLP

Dated: March 1, 2007

s/Robert J. Daniels
Robert J. Daniels, Esquire
Attorney I.D. #83376
218 Pine Street
P. O. Box 886
Harrisburg, PA  17108-0886
(717) 232-1851

## CERTIFICATE OF SERVICE

I, Robert J. Daniels, of the law firm of Killian & Gephart, do hereby certify that I forwarded a true and correct copy of the attached Unopposed Motion For Extension Of Time by the Middle District Court's Electronic Filing System on March 1, 2007, to the following:

>Christy Fawcett, Esquire
>Assistant U.S. Attorney
>U.S. Department of Justice
>228 Walnut Street, Suite 220
>P.O. Box 11754
>Harrisburg, PA   17108-1754

Respectfully submitted,

Dated: March 1, 2007

/s/ Robert J. Daniels
Robert J. Daniels, Esquire
Attorney ID #83376
**Killian & Gephart**
218 Pine Street
Harrisburg, PA 17108
(717) 232-1851