UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 1:01-CR-131 |
| v. | : |
| | : |
| SYNEDO MICHAEL WILLIAMS | : (Judge Rambo) |
| | : Electronically Filed |

## ORDER OF COURT

**AND NOW**, this _____ day of May, 2007, upon consideration of the foregoing Unopposed Motion For Extension Of Time, **IT IS HEREBY ORDERED AND DECREED** that a fifteen (15) day extension is granted until May 21, 2007, for Defendant to respond to his Pre-Sentence Report

By The Court:

_____
J.

**Distribution:**
Christy Fawcett, Assistant U.S. Attorney
Robert J. Daniels, Esquire, 218 Pine Street, Harrisburg, PA   17101