UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 1:01-CR-131 |
| v. | : |
| | : |
| SYNEDO MICHAEL WILLIAMS | : (Judge Rambo) |
| | : Electronically Filed |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR PROBATION TO RESPOND TO
DEFENDANT'S OBJECTIONS TO HIS PRE-SENTENCE REPORT**

**AND NOW**, this 3rd day of July, 2007, comes the above-captioned Defendant, Synedo Michael Williams, by and through his counsel, Robert J. Daniels, Esquire, and respectfully requests this Honorable Court grant an extension of time in the above-captioned matter, and in furtherance thereof avers the following:

1. The Pre-Sentence Report in the above-captioned case is an expansive document that includes references to several dozen individuals and involves a sophisticated criminal enterprise.

2. On June 5, 2007, Defendant submitted lengthy factual clarifications and objections to his Pre-Sentence Report.

3. On June 5, 2007, undersigned counsel sent correspondence to U.S. Probation Officer Vought in an attempt to resolve outstanding factual issues before the submission of a Supplemental Report to this Honorable Court.

4. It is believed, and therefore averred, the resolution of the outstanding factual issues prior to the submission of a Supplemental Report would narrow the issues presented to this Honorable Court for review and thus promote judicial economy.

5. It is believed, and therefore averred, said request falls under the umbrella of the resolution of factual issues as contemplated in F.R.Cr.P. 32(f)(3).

6. Undersigned counsel spoke with Assistant U.S. Attorney Christy Fawcett and Probation Officer Vought and have agreed to confer and narrow the issues for this Honorable Court to consider.

**WHEREFORE**, it is respectfully requested that a thirty (30) day extension of time be granted for the Probation Office to respond to Defendant's objections to his Pre-Sentence Report in the above-captioned matter.

Respectfully submitted,

KILLIAN & GEPHART, LLP

Dated: July 3, 2007

s/ Robert J. Daniels
Robert J. Daniels, Esquire
Attorney I.D. #83376
218 Pine Street
P. O. Box 886
Harrisburg, PA  17108-0886
(717) 232-1851

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 1:01-CR-131 |
| v. | : |
| | : |
| SYNEDO MICHAEL WILLIAMS | : (Judge Rambo) |
| | : Electronically Filed |

## CERTIFICATE OF CONCURRENCE

The undersigned has contacted Assistant U.S. Attorney Christy Fawcett, who has indicated that she concurs in this Motion For Extension Of Time.

                                        Respectfully submitted,

                                        KILLIAN & GEPHART, LLP

Dated: July 3, 2007                       s/Robert J. Daniels
                                                     Robert J. Daniels, Esquire
                                                       Attorney I.D. #83376
                                                     218 Pine Street
                                                     P. O. Box 886
                                                     Harrisburg, PA  17108-0886
                                                     (717) 232-1851

## CERTIFICATE OF SERVICE

I, Robert J. Daniels, of the law firm of Killian & Gephart, do hereby certify that I forwarded a true and correct copy of the attached Unopposed Motion For Extension Of Time by the Middle District Court's Electronic Filing System on July 3, 2007, to the following:

      Christy Fawcett, Esquire
      Assistant U.S. Attorney
      U.S. Department of Justice
      228 Walnut Street, Suite 220
      P.O. Box 11754
      Harrisburg, PA   17108-1754

      Mr. John Vought
      Federal Probation Officer
      Federal Building
      P.O. Box 11754
      228 Walnut Street
      Harrisburg, PA   17108-1754

      Respectfully submitted,

Dated: July 3, 2007      /s/ Robert J. Daniels
      Robert J. Daniels, Esquire
      Attorney ID #83376
      **Killian & Gephart**
      218 Pine Street
      Harrisburg, PA 17108
      (717) 232-1851