UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 1:01-CR-131 |
| v. | : |
| | : |
| SYNEDO MICHAEL WILLIAMS | : (Judge Rambo) |
| | : Electronically Filed |

## ORDER OF COURT

**AND NOW**, this 3rd day of July, 2007, upon consideration of the foregoing Unopposed Motion For Extension Of Time, **IT IS HEREBY ORDERED AND DECREED** that a thirty (30) day extension is granted until August 4, 2007, for the Probation Office to respond to Defendant's objections in his Pre-Sentence Report in order to narrow down factual issues for this court's consideration.

By The Court:


s/Sylvia H. Rambo
                                                                          J.