IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.  1:CR-01-131-01 |
| v. | : |
| **MICHAEL WILLIAMS**  a/k/a Synedo Michael Williams | : |

# O R D E R

**IT IS HEREBY ORDERED THAT**:

1) A sentencing hearing will be held before the court on Thursday, September 27, 2007 at 2:00 p.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) No further continuances to file objections to the presentence report will be granted to Defendant and the court will not consider any amendment or addition to objections previously submitted.[1]

3) The probation officer shall address the objections initially submitted by Defendant no later than noon on September 20, 2007.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  September 6, 2007.

---

[1] Defendant has had ample time to file objections to the presentence report.  Objections were originally due March 5, 2007.  Defendant filed seven motions to extend the deadline resulting in a final deadline of August 30, 2007.