IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

**United States of America**                                    CASE NUMBER: 1:01-CR-0131-01

vs.

Michael Williams

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been rescheduled for the place, date and time set forth below:

Place: U.S. District Court                        **\*Date and Time: October 16, 2007 @ 10:00 AM**
       Courtroom #3
       228 Walnut Street
       8th Floor, Federal Building
       Harrisburg, PA. 17101

Type of Proceeding: Sentencing Hearing

Date: September 18, 2007                         /s/ Mark J. Armbruster
                                                 Deputy Clerk

CC:   Judge Sylvia H. Rambo
      Robert Daniels, Jr., Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

\*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.