USA V. Michael Williams

Page 1 of 1

**EXHIBIT LIST**

CASE NUMBER: 1:01-CR-131-

**JUDGE RAMBO**

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
| 1 | | Transcript of Conversion Proceedings | 10/16/02 | 10/16/02 | Agent | Hartman |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1