## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 1:01-CR-131 |
| v. | : |
| | : |
| SYNEDO MICHAEL WILLIAMS | : (Judge Rambo) |
| | : Electronically Filed |

## MOTION TO WITHDRAW AS COUNSEL

**AND NOW**, this 19th day of October, 2007, comes Petitioner, Robert J. Daniels, Esquire of the law firm of Killian & Gephart LLP, and in support of this Motion To Withdraw As Counsel avers the following:

1. Petitioner, Robert J. Daniels, Esquire, was appointed by the United States District Court for the Middle District of Pennsylvania to represent Defendant, Synedo Michael Williams.

2. Petitioner, Robert J. Daniels, Esquire, has to date, represented Defendant, Synedo Michael Williams in regard to the above-captioned matter.

3. Defendant, Synedo Michael Williams, was sentenced by The Honorable Sylvia Rambo on October 16, 2007.

4. Petitioner's representation of Defendant is now complete.

**WHEREFORE**, Petitioner respectfully requests this Honorable Court to permit him to withdraw as counsel in this case, effective immediately.

    Respectfully submitted,

    KILLIAN & GEPHART

Dated: October 19, 2007

    /s/ Robert J. Daniels
    Robert J. Daniels, Esquire
    Attorney I.D. #83376
    218 Pine Street
    P. O. Box 886
    Harrisburg, PA  17108-0886
    (717) 232-1851

**CERTIFICATE OF SERVICE**

On this 19th day of October, 2007, I hereby certify that I served the foregoing document by electronic filing with the U.S. District Court for the Middle District of Pennsylvania to:

>Christy Fawcett, Esquire
>Assistant U.S. Attorney
>U.S. Department of Justice
>228 Walnut Street, Suite 220
>P.O. Box 11754
>Harrisburg, PA   17108-1754

and on the following by depositing a true and correct copy in the United States Mail, postage prepaid, addressed to:

>Mr. Synedo Michael Williams
>Cumberland County Prison
>1101 Claremont Road
>Carlisle, PA   17013

>KILLIAN & GEPHART

>/s/ Robert J. Daniels
>Robert J. Daniels, Esquire
>Attorney I.D. #83376
>218 Pine Street
>P. O. Box 886
>Harrisburg, PA  17108-0886
>(717) 232-1851