UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 1:01-CR-131 |
| v. | : |
| | : |
| SYNEDO MICHAEL WILLIAMS | : (Judge Rambo) |
| | : Electronically Filed |

**ORDER OF COURT**

**AND NOW**, this 22nd day of October, 2007, **IT IS HEREBY**

**ORDERED AND DECREED** that Robert J. Daniels, Esquire of the law firm of Killian & Gephart LLP is permitted to withdraw as counsel from the above-captioned case.

By The Court:


s/Sylvia H. Rambo
United States District Judge